# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY,<br><br>   Plaintiff,<br><br>vs.<br><br>PHL VARIABLE INSURANCE COMPANY,<br><br>   Defendant. | Case No.: 13-mc-80098 JSW (KAW)<br><br>ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO QUASH AND FOR PROTECTIVE ORDER |

On May 6, 2013, Defendant filed a motion to quash a subpoena issued to third party Richard Henley, and for a protective order. The compliance date on the subpoena is May 15, 2013.

It is hereby ORDERED that:

1. Compliance with the subpoena shall be stayed pending the resolution of this motion.
2. Plaintiff may file an opposition to Defendant's motion by May 30, 2013.
3. Defendant may file a reply by June 6, 2013.
4. Defendant shall serve this order on Plaintiff and third party Richard Henley.

DATE: May 9, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE