Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilmington Savings Fund Society, ) <br><br> Plaintiff(s), ) <br><br> v. ) <br><br> PHL Variable Insurance Company, ) <br><br> Defendant(s). ) | Case No: 3:13-mc-80098-J <br><br> **APPLICATION FOR** <br> **ADMISSION OF ATTORNEY** <br> **PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Steven M. Correa_____, an active member in good standing of the bar of Texas_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PHL Variable Insurance Company, et al.____ in the above-entitled action. My local co-counsel in this case is Leila Narvid_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3200 Southwest Freeway, Suite 2100 <br> Houston, TX 77027 | One Embarcadero Center, Suite 2300 <br> San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: <br> (713) 337-8876 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 398-7860 |
| MY EMAIL ADDRESS OF RECORD: <br> Steven.Correa@emhllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> ln@paynefears.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24069536____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/11/13                                    Steven M. Correa
                                                                      APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven M. Correa_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 18, 2013                    _____
                                                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*