**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB,<br><br>    Plaintiff,<br><br>    vs.<br><br>PHL VARIABLE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 13-mc-80098 JSW (KAW)<br><br>ORDER DENYING MOTION TO QUASH AND FOR PROTECTIVE ORDER WITHOUT PREJUDICE |

On May 6, 2013, PHL Variable Insurance Company moved to quash a subpoena issued to third party Richard Henley, and for a protective order. The Clerk opened a miscellaneous action for the motion. The underlying case is pending in the District of Delaware.

The court stayed compliance with the subpoenas pending a ruling on a motion to stay discovery in the District of Delaware. In their last status report, the parties indicated that the judge presiding over the Delaware action stayed all non-party discovery in the case.

Accordingly, the motion to quash is denied without prejudice to re-filing once the stay is lifted.

The Clerk shall close this miscellaneous action.

IT IS SO ORDERED.

DATE: March 25, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge